BROOKLYN TRUST COMPANY, Appellant, *v.* ERNEST JESPER et al., Respondents.

Submitted May 28, 1937; decided June 11, 1937.

*Daniel McNamara, Jr.,* and *Israel I. Davidson* for appellant.

*Joseph E. Marcus* and *Allen E. Marcus* for Ernest Jesper, respondent.

*Jay Genzer* for Torkel Larsen, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.